UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIA RODRIGUEZ,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

        Defendant.

Case No. C07-1818MJP

ORDER ON MOTION TO EXTEND DEADLINES

The Court, having received and reviewed Plaintiff's Motion (Dkt. No. 22) and Defendant's Response (Dkt. No. 23), makes the following findings:

1. The motion contains insufficient facts to establish good cause for an extension of deadlines;
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met and does not explain what has been accomplished to date in the instant case;

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated this 21st day of October, 2008.

                                                      Marsha J. Pechman
                                                      United States District Judge

ORDER - 1