The Hon. Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELIA RODRIGUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　　Defendant. | **Case No. C07-1818MJP**<br><br>**ORDER TO EXTEND DEADLINES** |

This matter comes before the Court on Plaintiff's Amended Motion to Extend Deadlines. (Dkt. No. 25.) The Court has considered Plaintiff's motion, Defedant's response (Dkt. No. 26), Plaintiff's reply (Dkt. No. 33) and other pertinent documents in the record. The Court orders as follows:

1. The Court GRANTS an extension of the discovery deadline for the purpose of deposing the three employees from the United States Postal Service referred to in Plaintiff's motion. Depositions must be scheduled to occur within ten (10) days of this order. Parties are expected to cooperate accordingly.

2. Parties are reminded that they may not alter the Court's scheduling order to create side agreements that alter the deadlines.

**ORDER - 1**

3. All other dates presented in the Court's scheduling order (Dkt No. 10) remain unchanged.

The clerk is directed to send a copy of this order to all counsel of record.

DATED this 3rd day of November, 2008.

s/Marsha J. Pechman  
HONORABLE MARSHA J. PECHMAN  
UNITED STATES DISTRICT COURT

**ORDER - 2**