UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIA RODRIGUEZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. C07-1818MJP

MINUTE ORDER

    The following minute order is made by the direction of the Court, the Honorable Marsha J. Pechman:

    The Court has reviewed the parties' deposition designations submitted before the trial. (Trial Exs. 28-29.) The Court denied all objections presented therein.

    Dated this 16th day of March, 2009.

                                BRUCE RIFKIN, Clerk
                                By /s/ Mary Duett
                                Deputy Clerk

MINUTE ORDER – 1