UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIA RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Case No. C07-1818MJP<br><br>TAXATION OF COSTS |

  Costs in the above-entitled cause are hereby taxed against PLAINTIFF ELIA RODRIGUEZ and on behalf of DEFENDANT in the unopposed amount of $3,198.10.

  Entered this ___31st___ day of MARCH , 2009 .

                _/s/ Bruce Rifkin_

                Bruce Rifkin

                Clerk, U.S. District Court

TAXATION OF COSTS -- 1